**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Roti Restaurants, LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **27-0508307** |

4. **Debtor's address**

**Principal place of business**

**445 N. Wells Street
Suite 404
Chicago, IL 60654**
Number, Street, City, State & ZIP Code

**Cook**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

 ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Roti Restaurants, LLC**                                      Case number (*if known*) _____
     Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

| | |
|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. |

■ No.

☐ Yes.

District _____    When _____    Case number _____

District _____    When _____    Case number _____

Debtor    **Roti Restaurants, LLC**                                            Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **See attached list.** _____    Relationship  _____

District  _____    When  _____    Case number, if known  _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
■ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
■ Yes.    Insurance agency    **McGriff Insurance Services, Inc.**
        Contact name    **Jim Sheffield - Commercial Risk Advisor**
        Phone    **(407) 542-7102**

| | **Statistical and administrative information** |

**13.  Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Roti Restaurants, LLC**
    Name

Case number (*if known*)

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Roti Restaurants, LLC**                                               Case number (*if known*)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 23, 2024**
               MM / DD / YYYY

**X** **/s/ Justin Seamonds**                                    **Justin Seamonds**
Signature of authorized representative of debtor              Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Michael P. Richman**                    Date    **August 23, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Michael P. Richman**
Printed name

**RICHMAN & RICHMAN LLC**
Firm name

**122 W. Washington Avenue**
**Suite 850**
**Madison, WI 53703-2732**
Number, Street, City, State & ZIP Code

Contact phone    **608-630-8990**        Email address

Bar number and State

## List of Bankruptcy Cases Pending or Being Filed
## by a Business Partner or an Affiliate of the Debtor

Roti Restaurants Inc.
ROTI 300 West Adams, LLC
ROTI 1311 F Street LLC
ROTI 1629 K Street, LLC
ROTI 1747 Pennsylvania Ave LLC
ROTI Constitution Square, LLC
ROTI Square 54, LLC
ROTI 33 North Dearborn, LLC

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Roti Restaurants, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **300 West Adams LLC** PO Box 30353 Lockbox MSBAM 2012-C6 W Adams St Tampa, FL 33630 | | **Claim of Landlord** | | | | **$80,179.00** |
| **CH Retail Fund II Chicago Clearwater LLC** PO Box 852033 Richardson, TX 75085 | | **Claim of Landlord** | | | | **$88,114.00** |
| **Core Minneapolis LLC** Attn: Marc Lifshin 1643 N Milwaukee Ave Chicago, IL 60647 | | **Claim of Landlord** | | | | **$98,280.00** |
| **Davis Building LLC** c/o Floyd E. Davis Co. 1629 K Street NW, Suite 900 Washington, DC 20006 | | **Claim of Landlord** | | | | **$199,926.00** |
| **Deodato.co LLC** 70 Pine St Apt 1416 New York, NY 10005 | | **Trade Vendor Debt** | | | | **$48,000.00** |
| **GPI HRLP M AND O LP** PO Box 809233 Chicago, IL 60680-9201 | | **Claim of Landlord** | | | | **$151,560.00** |

Debtor **Roti Restaurants, LLC**                              Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Harper Court Holdings LLC 176 N Racine, Ste 200 c/o McCaffery Interests Inc Chicago, IL 60607 | | Claim of Landlord | | | | $46,699.00 |
| Infosync Services 1938 N. Woodlawn Suite 110 Wichita, KS 67208 | | Services | | | | $56,908.00 |
| JBG/BC Chase Tower LP Attn: Exec VP, Comm. Asset Mgmnt 4445 Willard Ave, Suite 400 Chevy Chase, MD 20815 | | Claim of Landlord | | | | $168,068.00 |
| Jemals Harris & Ewing LLC c/o Douglas Development Corp. 702 H Street NW, Suite 400 Washington, DC 20001 | | Claim of Landlord | | | | $90,270.00 |
| Lechunza LLC 55 East Jackson Boulevard Suite 500 Chicago, IL 60604 | | Claim of Landlord | Disputed | | | $881,352.00 |
| Maiden Lane Properties c/o Lalezarian Developers, Inc. 1999 Marcus Avenue, Suite 310 New Hyde Park, NY 11042 | | Claim of Landlord | | | | $376,967.00 |
| Much Shelist 8477 Solution Center Chicago, IL 60677-8004 | | Professional Services | | | | $43,642.00 |
| Nash Technologies Inc 2261 Market Street #4286 San Francisco, CA 94114 | | Services | | | | $31,148.00 |

| Debtor | **Roti Restaurants, LLC** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Provision Business Solutions LLC PO Box 158 Sedalia, CO 80135** | | **Services** | | | | **$31,935.00** |
| **Regency Centers LP 1568 Solutions Ctr Chicago, IL 60677-7007** | | **Claim of Landlord** | | | | **$80,258.00** |
| **RV Avenue LLC / Conservice c/o Boston Properties 505 9th Street NW, Suite 800 Washington, DC 20004** | | **Claim of Landlord** | | | | **$232,869.00** |
| **Schaumburg Meacham LLC PO Box 851434 c/o Inwood National Bank Richardson, TX 75085** | | **Claim of Landlord** | | | | **$120,425.00** |
| **SYSCO 1390 Enclave Parkway Houston, TX 77077** | | **Trade Vendor Debt** | | | | **$240,585.00** |
| **Bellissimo Distribution LLC 1550 Hecht Road Bartlett, IL 60103** | | **Trade Vendor Debt** | | | | **$30,899.00** |
| **Uber Technologies Inc 1515 3rd St San Francisco, CA 94158** | | **Trade Vendor Debt** | | | | **$25,948.00** |
| **200 North Michigan Owner LLC c/o The John Buck Company 225 West Washington St, Ste 2300 Chicago, IL 60606** | | **Claim of Landlord** | | | | **$24,508.00** |
| **Thanx Inc PO Box 8481 Pasadena, CA 91109** | | **Trade Vendor Debt** | | | | **$21,867.00** |

| Debtor | **Roti Restaurants, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dc.gov John A. Wilson Building 1350 Pennsylvania Avenue NW Washington DC 20004** | | **Trade Vendor Debt** | | | | **$14,000.00** |
| **Newcastle Retail Management LLC 150 North Michigan Avenue Suite 13610 Chicago, IL 60661** | | **Claim of Landlord** | | | | **$14,218.00** |
| **North Avenue Properties LLC Attn: Kenneth Skolnik 1000 W. North Ave, Suite 3 Chicago, IL 60622** | | **Claim of Landlord** | | | | **$16,875.00** |
| **BRI 1855 IDS Center c/o Accesso Services LLC 80 S. Eighth Street, Suite 650 Minneapolis, MN 55402** | | **Claim of Landlord** | | | | **$20,764.00** |
| **AmTrust Realty Corp. A/A/F 33 N Dearborn St Suite 1160 Chicago, IL 60602** | | **Claim of Landlord** | | | | **$21,458.00** |
| **Washington DC IV FGF LLC Attn: Douglas M Firstenberg PO Box 13470 Richmond, VA 23225** | | **Claim of Landlord** | | | | **$28,462.00** |
| **Travelers CL Remittance Center 13607 Collections Ctr Dr Chicago, IL 60693** | | **Trade Vendor Debt** | | | | **$48,526.00** |

1747 Pennsylvania Avenue LP
PO Box 759403
Baltimore, MD 21275-9403


200 North Michigan Owner LLC
c/o The John Buck Company
225 West Washington St, Ste 2300
Chicago, IL 60606


444 North Wells Limited Partnership
306 W Erie St
Suite 700
Chicago, IL 60654


445 N Wells LP
445 N Wells St, Ste 200
c/o Urban Innovations
Chicago, IL 60654


445 North Wells Limited Partnership
c/o Urban Innovations, LTD
445 North Wells St, Suite 200
Chicago, IL 60654


55 E. Jackson, LLC, c/o Mark Realty
Attn: Steve Luxenberg
55 E. Jackson Boulevard, Suite 500
Chicago, IL 60604


900 Schaumburg LLC
c/o Shorewood Development Group LLC
2150 East Lake Cook Road, Suite 320
Buffalo Grove, IL 60089


Aaliyah Gary
3930 Lancaster Lane N
Apt 315
Minneapolis, MN 55441


Aaliyah Warren
102 E. 19th St S 102
Minneapolis, MN 55403

Abdoul Rachid Abdoulaye Idi Moussa
10820 Georgia Ave
Apt 213
Silver Spring, MD 20902


Abigail Miller
1245 N. Midlothian Road
Mundelein, IL 60060


Above Training Inc
225 E Robinson St
Suite 570
Orlando, FL 32801


Accurate Printing Inc
4749 W 136th St
Crestwood, IL 60418


Adan Contreras
1539 S. Wolf St
apt 202
Prospect Heights, IL 60070


ADE Restaurant Services Inc
471 S Irmen Drive
Addison, IL 60101-4313


Ahmad Harris
1155 Dahlia St NW
Washington, DC 20012


Airgas Central
PO Box 734445
Chicago, IL 60673-4445


Airgas Inc
PO Box 734673
Dallas, TX 75373-4673


Aishanna Staton
713 13th St. SE
Apt 21
Washington, DC 20030

Aldair Moran
5624 31st Ave
Hyattsville, MD 20782

Alex Kemp
4012 8th Street NE 2nd
Washington, DC 20017

Alexander Branch
2929 Connecticut Avenue NW
309
Washington, DC 20008

Alexander King
14018 Valley Field Drve
Apt 12
Silver Spring, MD 20906

Alexis Avelar
1642 N. Parkside Ave
Chicago, IL 60639

Alexis Garcia
1923 S. 49th Avenue
Cicero, IL 60804

Alexis Singer
952 Enfield Dr
Northbrook, IL 60062

Alpine Preston Center LLC
PO Box 734148
Dallas, TX 75373-4148

Alyza Revelo
809 Garfield Ave., Apt C
Libertyville, IL 60048

Amazon Capital Services Inc
PO Box 035184
Seattle, WA 98124-5148

Amelia King
1540 East 83rd St
Apt 1
Chicago, IL 60619


American Benefits Group
PO Box 1209
Northampton, MA 01061-1209


Ameth Seck
9861 Cromwell Drive
Eden Prairie, MN 55347


Ana Mendez
2910 Penn Ave N
Minneapolis, MN 55411


Anahi Rodriguez
4638 S. Komensky Ave.
Chicago, IL 60632


Andrea Lopez
1609 S 55 Ct
Cicero, IL 60804


Angel Jaimes
2208 50th Avenue
Cicero, IL 60804


Angela Lewandowski
2622 New York Avenue
Whiting, IN 46394


Anteria James
520 2nd St. SE
Apt 221
Minneapolis, MN 55414


Anthony Garcia-Padilla
372 S. Wolf Rd
Wheeling, IL 60090


Anthony Macrito
309 Dawn Ct Apt C
Bloomingdale, IL 60108

Antwan Dunn
120 Bates Street NW
Washington, DC 20001


April Zarco
1907 Elmwood Ave
Berwyn, IL 60402


Aramark Chicago
25259 Network Place
Chicago, IL 60673-1252


Aramark Dallas
PO Box 731676
Dallas, TX 75373-1676


Aramark DC
PO Box 28050
New York, NY 10087-8050


Arkea Johnson
2617 Southern Avenue
Apt 101
Temple Hills, MD 20748


Ashhley Whittington
2635 Bowen Rd Se
Washington, DC 20020


Ashlie Younger
6903 21st Ave
Hyattsville, MD 20783


Asmaa Omar
4332 Tyler St NE
Minneapolis, MN 55421


Asset Mgmnt - 1012 W. Randolph
Newcastle Retail Management
150 N Michigan Ave, Suite 3610
Chicago, IL 60601

Assoc. VP - Commercial Real Estate
c/o The University of Chicago
5235 South Harper Court, 9th Floor
Chicago, IL 60615


Atlantic Biofuels LLC
3550 Fairfield Rd
Curtis Bay, MD 21226


Attn: Asset Manager
The John Buck Company
One North Wacker Drive, Suite 2400
Chicago, IL 60606


Attn: Lease Administration
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202


Attn: Legal Department
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202


Attn: Louis Schriber
900 Schaumburg LLC
2150 East Lake Cook Road, Suite 320
Buffalo Grove, IL 60089


Attn: President - Management Group
The John Buck Company
One North Wacker Drive, Suite 2400
Chicago, IL 60606


Attn: Property Management
c/o Regency Centers Corporation
One Independent Drive, Suite 114
Jacksonville, FL 32202


Attn: Property Manager
Buck Management Group LLC
201 N Garland, 6th Floor
Chicago, IL 60601

Ayanna Mitchell
3716 Indiana Avenue
3716-1
Chicago, IL 60653


Ayden Rodriguez
5007 W. Augusta Blvd
Chicago, IL 60651


Becker Gurian
Attn: Martin Becker
513 Central Ave
Highland Park, IL 60035


Bellissimo Distribution LLC
1550 Hecht Road
Bartlett, IL 60103


Benecio Ferrer
1523 N. Ridgeway
Chicago, IL 60651


Benetra Hudson
1359 Bryant St NE
Washington, DC 20018


Benjamin Adams
125 Heskeith St.
Chevy Chase, MD 20815


Benjamin Eberle
922 24th St NW
#406
Washington, DC 20037


Blueground
PO Box 221508
Chicago, IL 60622


Blueground
1240 N Ashland Ave
Apt. 221508
Chicago, IL 60622

Boston Properties
c/o General Counsel
800 Boylston Street, Suite 1900
Boston, MA 02199


Brandon Scott
521 46th Street SE
Apt #3
Washington, DC 20019


Brandon Taylor
3471 S. Archer Ave
Chicago, IL 60608


BRI 1855 IDS Center
c/o Accesso Services LLC
80 S. Eighth Street, Suite 650
Minneapolis, MN 55402


Brian McGuire
1500 LaSalle Street
Minneapolis, MN 55403


Brian Mcmorris
4314 North Keystone Avenue
Chicago, IL 60641


Brian Molina
26275 N Acorn Lane
Mundelein, IL 60060


Brian Parker
4130 Upton Ave N.
Minneapolis, MN 55412


Briana Garcia
463 Longfellow Ave
Deerfield, IL 60015


Brigid Hanley
1040 W. Adams
#232
Chicago, IL 60607

Britney Faison
4241 Benning Rd NE 203
Washington, DC 20019


Cal-Sierra Technologies
39055 Hastings St
Suite 103
Fremont, CA 94538


Cameron Sabbs
1526 E. 53rd Street
Chicago, IL 60615


Carlos Salgado Sanchez
6049 S. Albany Avenue
Chicago, IL 60629


Carter Kampert
175 E Van Buren
Elmhurst, IL 60126


Cassandra Arroyo
5527 S. Kedvale Avenue
Chicago, IL 60629


Cateria Burwell
158 N Laramie
Chicago, IL 60644


CFO, 1747 Pennsylvania Ave, L.P.
c/o Tishman Speyer Properties, L.P.
45 Rockefeller Plaza, 7th Floor
New York, NY 10111


CH Realty VI/R Dallas Preston CTR,
Attn: Asset Manager, Preston Square
3819 Maple Avenue
Dallas, TX 75219


CH Retail Fund II
Chicago Clearwater LLC
PO Box 852033
Richardson, TX 75085

Charity Gordon
345 Calhoun St
Gary, IN 46406

Chloe Miller
437 Hillside Dr
Mundelein, IL 60060

Chowly Inc
225 W Wacker Drive
Suite 550
Chicago, IL 60606

Christian Reyes-Terrazas
14326 Astrodome Drive
Silver Spring, MD 20906

Christopher Gumprecht
220 E. Illinois St
Apt 3606
Chicago, IL 60611

City Hall
121 N. LaSalle Street
Room 107
Chicago, IL 60602

City of Dallas
Business Licensing Office
1500 Marilla Street, Room 2C North
Dallas, TX 75201

CLO, 1747 Pennsylvania Ave, L.P.
c/o Tishman Speyer Properties, L.P.
45 Rockefeller Plaza, 7th Floor
New York, NY 10111

Comed
PO Box 6111
Carol Stream, IL 60197-6111

Comptroller of Maryland
80 Calvert Street
Annapolis, MD 21401

Consumer Frauds & Protection Bureau
NY State Attorney General's Office
28 Liberty Street
New York, NY 10005


Consumer Protection Division
Illinois Attorney General's Office
100 W. Randolph Street
Chicago, IL 60601


Consumer Protection Division
Maryland Attorney General's Office
200 Saint Paul Place
Baltimore, MD 21202


Consumer Protection Unit
Delaware Department of Justice
820 N. French Street
Wilmington, DE 19801


Consumer Services Division
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101-2131


Cook County Treasurer's Office
118 North Clark Street
Room 112
Chicago, IL 60602


Core Minneapolis LLC
Attn: Marc Lifshin
1643 N Milwaukee Ave
Chicago, IL 60647


Core Minneapolis LLC
311 Harvard Street SE
Minneapolis, MN 55414


Cory Kelshaw
811 28th Ave South
Minneapolis, MN 55454


Cozzini Bros. Inc.
350 Howard Avenue
Des Plaines, IL 60018

Crescent McKinney Olive LP
Attn: Legal Department
777 Main Street, Suite 2260
Fort Worth, TX 76102


Crescent Property Services, LLC
Attn: Property Manager
2021 McKinney Ave, Suite 575
Dallas, TX 75201


Crescent Real Estate Equities, LLC
Attn: Managing Director Leasing
200 Crescent Court, Suite 250
Dallas, TX 75201


Crestwood Associates LLC
240 East Lincoln St
Mount Prospect, IL 60056


Cristian Sanchez
2217 Honore Ave
North Chicago, IL 60064


Cynquon Williams
2412 Hartford Street SE
Apt 301
Washington, DC 20019


D'Vaughn Hogan
1525 Newton St
Apt G1
Washington, DC 20010


Dallas County Clerk's Office
1201 Elm Street
Dallas, TX 75270


Dallas County Tax Office
500 Elm Street
Suite 3300
Dallas, TX 75202


Dallas Office of Econ. Development
1500 Marilla Street
Room 5CS
Dallas, TX 75201

Damario Sheppard
6700 80 Ave North
Minneapolis, MN 55445

Damione Patterson
6456 S. King Drive
Chicago, IL 60637

Dana Reyes
17 Ninth Avenue
Arlington Heights, IL 60005

Daniel Arevalo
4824 South Linder Avenue
Chicago, IL 60638

Daniel Stephens
647 E 62nd Street
Chicago, IL 60637

Danny Chlela
255 Hawthorne Drive
Bloomingdale, IL 60108

Darius Smith
400 E Ohio Street
Chicago, IL 60610

Darrell Stewart
310 S. Lockwood
Chicago, IL 60644

Dashawn Holloway
1345 Howaard Rd SE
Apt 303
Washington, DC 20020

Davis Building LLC
PO Box 221482
Chantilly, VA 20153-1482

Davon Pittman
2414 Elvans Road SE 202
Washington, DC 20020

Dawntay Smith
949 N. Avers
Chicago, IL 60651


DC Child Support Clearinghouse
PO Box 37868
Washington, DC 20013


DC Office of Tax and Revenue
1101 4th Street SW
Suite 270 West
Washington, DC 20024


DC Windows LLC
521 Wilson Pl
Frederick, MD 21702


DC.gov
John A. Wilson Building
1350 Pennsylvania Avenue NW
Washington, DC 20004


Deanna Parlor
1911 N. Keeler
Chicago, IL 60639


DeCarla Shaw
1526 E. 53rd Street
Chicago, IL 60615


Delaware Department of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801


Delaware Division of Corporations
401 Federal Street
Suite 4
Dover, DE 19901


Delaware Division of Revenue
820 N. French Street
Wilmington, DE 19801

Demauri Massenburg
5804 W. Erie Street
Chicago, IL 60644


Demonica Neely
133 1/2 N. Central
Chicago, IL 60644


Dennise Reyes
17 9th Ave
Arlington Heights, IL 60005


Deodato.co LLC
70 Pine St
Apt 1416
New York, NY 10005


Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Dept of Employment Services
Office of Employment Standards
4058 Minnesota Avenue NE
Washington, DC 20019


Dinora Melendez
1321 Riggs St NW
Washington, DC 20009


District of Columbia DCRA
1100 4th Street SW
Suite 270 West
Washington, DC 20024


District of Columbia Dept of Health
899 North Capitol Street NE
Washington, DC 20002


District of Columbia DES
Office of Workers' Compensation
4058 Minnesota Ave NE, Suite 3905
Washington, DC 20019

District of Columbia DHHS
64 New York Avenue NE
Washington, DC 20002


District of Columbia DOEE
1200 First Street NE
Washington, DC 20002


District of Columbia DOES
Unemployment Insurance
4058 Minnesota Avenue NE
Washington, DC 20019


District of Columbia OHR
Office of Equal Emp. Opportunity
441 4th Street NW, Suite 570 North
Washington, DC 20001


Diwanie King
7460 Village Green Terrace
Hyattsville, MD 20785


DoorDash Inc
PO Box 735240
Dallas, TX 75373-5240


DRW Holdings, LLC
Attn: David Nelson
540 W. Madison, Suite 2500
Chicago, IL 60661


Dunbar Security Products Inc
235 Schilling Cir
Suite 109
Hunt Valley, MD 21031


DuPage County Treasurer's Office
421 N. County Farm Rd
Wheaton, IL 60187


DYN365 Inc
PO Box 846662
Los Angeles, CA 90084-6662

Ecolab Pest Control
26252 Network Place
Chicago, IL 60673-1262


Edgar Fuentes
3128 N. Lotus Ave
Chicago, IL 60641


EDR Investment Fund LP
Attn: Frank A. Witt III
PO Box 1585
Morgantown, WV 26507


Edris Rashidi
902 E. Old Willow Road
Prospect Heights, IL 60070


Edward Don and Company
2562 Paysphere Circle
Chicago, IL 60674


Egan Co Inc
PO Box 1150-27
Minneapolis, MN 55480-1150


Eibart Murcia Taborda
5597 Seminary Rd
Apt 22175
Falls Church, VA 22041


Elba Castro
3758 Queen Ave
#6
Minneapolis, MN 55412


Elizabeth Terrazas
4117 N. Meade Ave
Chicago, IL 60634


Elyse Fuller
1001 S. State St.
Unit 2007
Chicago, IL 60605

Emanuel McCarter
6958 S. Laflin Floor 2
Chicago, IL 60636

Emily Gonzalez
644 Williams Ct
Gurnee, IL 60031

Emma Martinez
122 S. Martin Ave
Waukegan, IL 60085

Empire Cooler Service Inc
PO Box 5450
Carol Stream, IL 60197-5450

Enghelver Gutierrez
7449 Idylwood Rd
Falls Church, VA 22043

Erika Aguielera
1003 Rice Avenue
Bellwood, IL 60104

Fadi Hamdan
8725 Raintree Road
Tinley Park, IL 60487

Fanny Rodriguez Gavarette
6505 Tower Dr.
Apt 304
Alexandria, VA 22306

FedEx Infosync Account
1938 N Woodlawn
Suite 110
Wichita, KS 67208

Felipe Rosas
3720 Colfax Ave. N.
Minneapolis, MN 55412

Fernando Adan
2109 Clearwater Dr
Oak Brook, IL 60523

Fintech
3109 W Dr Martin Luther King Blvd
Suite 200
Tampa, FL 33607


FoodPrep Solutions LLC
80 Largo Dr
Stamford, CT 06907


Force4Good, Inc.
1032 Sandstone Circle
Erie, CO 80516


Franqi Aranda
8445 New Castle Avenue
Burbank, IL 60459


Gabriel Benjamin Martin
749 Crossland Drive
Grayslake, IL 60030


Gabriel Gutierrez
31223 S. Kedvale Ave
2nd Floor
Chicago, IL 60623


Gideon Sickel
4433 Garrison St NW
Washington, DC 20016


Giselle Sanchez
1150 Grissom Tr
Elk Grove Village, IL 60007


Givenchy Shabazz
3468 23rd Street
Washington, DC 20020


Glenn Garfinkel
Timm & Garfinkel, LLC
5101 Menard Dr
Eau Claire, WI 54703

GM Financial
801 Cherry Street
Suite 3500
Fort Worth, TX 76102


Gofriendshop Inc
2261 Market St #4447
San Francisco, CA 94114


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Gordon Food Service Inc.
1300 Gezon Parkway SW
Wyoming, MI 49509


GPI HRLP M AND O LP
PO Box 809233
Chicago, IL 60680-9201


Greenstein Delorme & Luchs, P.C.
1620 L Street, N.W.
Suite 900
Washington, DC 20036


Greenstein DeLorme & Luchs, P.C.
Attn: Jared S. Greenstein Esq
1620 L Street, N.W., Suite 900
Washington, DC 20036


Gregory Hatchett
1301 North Cleveland 6
Chicago, IL 60610


Grossberg, Yochelson, Fox & Beyda
Attn: Michael D. Ravitch, Esq.
2000 L Street, N.W., Suite 675
Washington, DC 20036


GrubHub Holdings Inc
PO Box 71649
Chicago, IL 60694

Hancock REIT 1850M LLC
c/o John Hancock Real Estate
1100 New York Ave N.W., Ste 270 W
Washington, DC 20005


Hannah Sheth
224 Ridge Ave
Winnetka, IL 60093


Harper Court Holdings LLC
176 N Racine, Ste 200
c/o McCaffery Interests Inc
Chicago, IL 60607


Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487


HIsheen Thomas
1235 63rd Lane N
Minneapolis, MN 55430


Holland & Knight LLP
Attn: David S. Kahn Esq
800 17th Street NW, Suite 1100
Washington, DC 20006


IL Department of Human Services
100 S. Grand Avenue East
Springfield, IL 62762


IL Department of Public Health
535 W. Jefferson Street
FL 32761


IL Dept of Employment Security
Willard Ice Building
101 W. Jefferson Street
Springfield, IL 62702


IL Dept of Employment Security
33 S. State Street
Chicago, IL 60603

IL Dept of Human Rights
Office of Equal Emp. Opportunity
100 W. Randolph St, Suite 10-100
Chicago, IL 60601


IL Environmental Protection Agency
1021 North Grand Avenue East
Springfield, IL 62794-9276


IL State Disbursement Unit
PO Box 5400
Carol Stream, IL 60197


IL Student Assistance Commission
Bankruptcy Department
1755 Lake Cook Road
Deerfield, IL 60015-5209


IL Workers' Compensation Commission
100 W. Randolph Street
Suite 8-200
Chicago, IL 60601


Illinois Department of Labor
Employee Benefits & Wage Claims
150 N. LaSalle Street, Suite C-1300
Chicago, IL 60601


Illinois Department of Labor
Office of Employment Standards
160 N. LaSalle Street, Suite C-1300
Chicago, IL 60601


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794


Illinois Department of Revenue
Willard Ice Building
101 W. Jefferson Street
Springfield, IL 62702


Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Infosync Services
1938 N. Woodlawn
Suite 110
Wichita, KS 67208


Insolvency Unit West 17, Grp 4-Milw
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221


Intercom R and D Unlimited Co Inc
PO Box 103560
Pasadena, CA 91189-3560


Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


IRC Park Place Plaza Minnesota, LLC
Attn: Legal Department
814 Commerce Drive, Suite 300
Oak Brook, IL 60523


IRC Park Place Plaza Minnesota, LLC
c/o IRC Retail Centers
814 Commerce Drive, Suite 300
Oak Brook, IL 60523


Irene Cabrales
65606 S. Kedvale
Chicago, IL 60629


Jabril Brown
3105 Belleview Ave
Hyattsville, MD 20785


Jabril Brown
3105 Belleview Ave
Cheverly, MD 20785


Jaiden Watson
5035 S East End
Chicago, IL 60615

Jalen Kelley
1939 N. Keystone Ave
Chicago, IL 60639


James B. Smith
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602


James Butler
117 Franklin Street NE
Washington, DC 20002


Jawanza Zulu
6 Pepper Mill Dr
Capitol Heights, MD 20743


JayQuan Felton
2015 Chadwick Terrace
Temple Hills, MD 20748


Jazmin Navarro Tril
2033 W. 21st
Chicago, IL 60608


Jazmyn Taylor
8941 S. Morgan Street
Chicago, IL 60620


Jazzmin Rayford
1350 Nicollet Ave S
Minneapolis, MN 55403


JBG/BC Chase Tower LP
Attn: Exec VP, Comm. Asset Mgmnt
4445 Willard Ave, Suite 400
Chevy Chase, MD 20815


JBGBC Chase Tower LP
PO Box 645450
Cincinnati, OH 45264-5450

Jemals Harris & Ewing LLC
655 New York Ave NW
Suite 830
Washington, DC 20001


Jemals Harris & Ewing LLC
c/o Douglas Development Corp.
702 H Street NW, Suite 400
Washington, DC 20001


Jemals Harris & Ewing LLC
Attn: Norman Jemal
655 New York Ave NW, Ste 830
Washington, DC 20001


Jennifer Cajamarca Leon
2207 W. 21st Pl
Unit 2
Chicago, IL 60608


Jennifer Fisher
850 Rice St.
Apt 213
Saint Paul, MN 55117


Jennifer Morabito
4505 W. 36th 1/2 St
Minneapolis, MN 55416


Jennifer Rosas
3758 Queen Ave N
Apt 4
Minneapolis, MN 55412


Jensen  Hussey
1137 W. 17th Street
#1 RRB
Chicago, IL 60608


Jessica Rodriguez
1803 S. Drave Avenue
1st Flor
Chicago, IL 60623

Jesus Carpintero
4824 S. Linder Ave
Chicago, IL 60638


Jethro Simon
311 SE Harvard St
Apt 1023
Minneapolis, MN 55414


JJ Keller and Associates
PO Box 6609
Carol Stream, IL 60197-6609


Joesiah Ingram
1314 44th Ave N
Minneapolis, MN 55412


Johnathan Perez
2109 Clearwater Dr
Oak Brook, IL 60523


Jonathan Brown
4556 Quarles St NE
Washington, DC 20019


Jonathan Tejada-Flores
601 Edgewood St NE
Washington, DC 20017


Jones Lang LaSalle Americans, Inc.
Attn: General Manager
40 Massachusetts Avenue, N.E.
Washington, DC 20002


Jonthae Brown
800 Kenilworth Ave NE #152
Washington, DC 20019


Jovan Brown
4556 Quarles St
Washington, DC 20019


Julian Gamino
3552 Clinton Avenue
Berwyn, IL 60402

Julius Wash Jr
6707 S. Langley Ave
Chicago, IL 60637


Justin Seamonds
111 S. Peoria St
Unit 403
Chicago, IL 60607


Justin Taylor
2031 South Clark St
Apt. 406
Chicago, IL 60616


Justine Blount
611 Edgewood St. NE #302
Washington, DC 20017


Katalina Lemus
818 W. 33rd
Chicago, IL 60608


Katherine Canario
2118 N. Lockwood
Chicago, IL 60639


Katia Plaza
3708 W. Ferdinand St.
Apt 2
Chicago, IL 60624


Keaira Harris
39 E Garfield Blvd Apt 2N
Chicago, IL 60637


Keith Williams
1758 Middlebury Dr
Aurora, IL 60503


Kevin Aragon
740 Sheridan Road Apt 1C
Highwood, IL 60040

Kevin Mitchell
3854 W Fillmore
Chicago, IL 60624


Kevin Porter
854 E. 52 Street (2nd Floor)
Chicago, IL 60615


Khadijah Poindexter
7124 S. Wabash Avenuue
Apt. 3
Chicago, IL 60619


Khloros LLC
PO Box 221603
Chicago, IL 60622


Kimberly Gall
9721 Cambridge Cir.
Mokena, IL 60448


KSEN Inc
3605 Woodhead Dr #100B
Northbrook, IL 60062


Kyawin Kelley
11200 Lockwood Drive
Apt 310
Silver Spring, MD 20901


Lake County Treasurer's Office
18 N. County Street
Room 102
Waukegan, IL 60085


Laner Muchin
515 N State Street
Suite 2800
Chicago, IL 60654-4688


Laprekia Gilbert
1327 Quincy St NW
Washington, DC 20011

Latesha Norsworthy
4718 S. Woodlawn
Chicago, IL 60615


Laura Garcia
5234 W. School St.
Apt 2
Chicago, IL 60641


Lechunza LLC
55 East Jackson Boulevard
Suite 500
Chicago, IL 60604


Lechunza LLC
DEPT LA 24966
Pasadena, CA 91185-4966


Lee Mejia
4114 Shell St
Capitol Heights, MD 20743


Lewis Kvam
1215 29th Avenue NE
Minneapolis, MN 55414


Lidya Zerai
4421 Elan Ct
Annandale, VA 22003


Liyala Wesonga
7001 S. Cregier Ave
Chicago, IL 60649


Locke Lord LLP
c/o Lawrence J. Fey Esq
111 South Wacker Drive, Suite 4400
Chicago, IL 60606


LPC Retail Division
c/o Lincoln Property
6500 Greenville Ave, Suite 270
Dallas, TX 75206

Luis Reyes Terrazas
14326 Astrodome Dr.
Silver Spring, MD 20906

Madison Alston
6323 Montery Road
Elkridge, MD 21075

Maiden Lane Properties
c/o Lalezarian Developers, Inc.
1999 Marcus Avenue, Suite 310
New Hyde Park, NY 11042

Maiden Lane Properties
PO Box 780972
Philadelphia, PA 19178-0972

Main Office
WA Harriman State Office Campus
1220 Washington Ave
Albany, NY 12203

Main Office
Willard Ice Building
101 W. Jefferson Street
Springfield, IL 62702

Makaiya Eatmon
3612 Lynn Avenue
Minneapolis, MN 55416

Makayla Hughes
4341 South Greenwood Ave
Chicago, IL 60653

Makayla Mcghee
2560 Village Park Drive
Apt 304
Waukegan, IL 60087

Makayla Parlor
1911 N. Keeler
Chicago, IL 60639

Managers, 1747 Penn Ave LP
c/o Tishman Speyer Properties LP
1875 Eye Street NW, Suite 300
Washington, DC 20006


Maria Amaya
5600 Chillum P. NE
Apt 204
Washington, DC 20011


Maria Reyes
17 9th Ave
Arlington Heights, IL 60005


Maria Segarra
6214 S. California
Chicago, IL 60629


Mariah Boyce
7524 S. Eberhart Ave.
Apt 1
Chicago, IL 60619


Marilu Lopez
11414 Stewart LN
Apt d1
Silver Spring, MD 20904


Marisol Oliveros
528 Fifth Street
Winnetka, IL 60093


Marquette Hearon
7947 S. Escanabe Ave
Chicago, IL 60617


Marquis Nicolas
4020 Minnesota Ave NE 376
Washington, DC 20019


Mary Flores
Silver Spring, MD 20910

Mary Kovalcheck
2550 Wabash Ave
Apt 408
Chicago, IL 60616


Maryland Commision on Civil Rights
Office of Equal Emp. Opportunity
6 Saint Paul Street, Suite 900
Baltimore, MD 21202


Maryland Department of Health
201 W. Preston Street
Baltimore, MD 21201


Maryland Department of Labor
Office of Employment Standards
1100 N. Eutaw Street, Room 600
Baltimore, MD 21201


Maryland Department of Labor
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201


Maryland Dept of the Environment
1800 Washington Boulevard
Baltimore, MD 21230


Maryland DHS
311 W. Saratoga Street
Baltimore, MD 21201


Mats A. Lederhausen 2000 Trust
600 N. Fairbanks Ct.
PH 4001
Chicago, IL 60611


Matthew Shewbart
6100 Summit Drive N
Minneapolis, MN 55430


MD Dept of Assessments & Taxation
301 West Preston Street
Baltimore, MD 21201

MD Workers' Compensation Commission
10 E. Baltimore Street
Baltimore, MD 21202


Meazureup, Inc.
12 Burbank Drive
Thornhill, Toronto, Ontario L4J 7V1


Mehdi Tilch
3925 N Keeler Ave
Chicago, IL 60641


Mekayla Davis
2951 S. King Drive
Chicago, IL 60616


Melanie Arnold
1401 W. 82nd Street
Chicago, IL 60620


Melody Farm
Attn: Property Management
1211 W. 22nd St, Suite 300
Oak Brook, IL 60523


Melton Huerta
1508 W. Walton Street
Chicago, IL 60642


Menard, Inc
5101 Menard Dr
Eau Claire, WI 54703


Mendell Stamper Jr.
2712 Rhode Island Ave S
Minneapolis, MN 55426


Michael Brunner
8206 S Maryland Avenue
Chicago, IL 60619


Miciah Sanders
551 Michigan Citty Rd
 Apt. 202N
Calumet City, IL 60409

Minnehaha Building Maintenance Inc
1200 Centre Pointe Curve 350
Saint Paul, MN 55120


Minnesota Child Support Payment Ctr
PO Box 64306
Saint Paul, MN 55164


Minnesota DEED
332 Minnesota Street
Suite E200
Saint Paul, MN 55101


Minnesota DEED
Office of Unemployment Insurance
332 Minnesota Street, Suite E200
Saint Paul, MN 55101


Minnesota Department of Revenue
600 N. Robert Street
Saint Paul, MN 55146


Minnesota Dept of Health
625 Robert Street North
Saint Paul, MN 55155


Minnesota Dept of Human Rights
Office of Equal Emp. Opportunity
625 Robert Street North
Saint Paul, MN 55155


Minnesota DHS
444 Lafayette Road N.
Saint Paul, MN 55155


Minnesota Pollution Control Agency
520 Lafayette Road North
Saint Paul, MN 55155


MN Dept of Labor and Industry
Office of Employment Standards
443 Lafayette Road N.
Saint Paul, MN 55155

MN Dept of Labor and Industry
Workers' Compensation Division
443 Lafayette Road N.
Saint Paul, MN 55155


MN Secretary of State's Office
Business Services
60 Empire Drive, Suite 100
Saint Paul, MN 55103


Monet Littrice
6938 S. Prairie
Chicago, IL 60637


Monica Rubio
4117 N. Meade Ave
Chicago, IL 60634


Montgomery County Dept of Finance
255 Rockville Pike
Suite L-15
Rockville, MD 20850


Mor Thiam
4108 Skyline Dr
Suitland, MD 20746


Moriah Quinn
804 Monroe Street
Valparaiso, IN 46383


Morningside Crossroads Partners LLC
1300 East Woodfield Road
Suite 150
Schaumburg, IL 60173


Mosaic Networx LLC
PO Box 103945
Pasadena, CA 91189-3945


Mouhamed Seydi
9379 Bremerton Way
Gaithersburg, MD 20886

Much Shelist
8477 Solution Center
Chicago, IL 60677-8004


Nadia Dickenson
109494 South Vernon Avenue
Apt 3N
Chicago, IL 60628


Nash Technologies Inc
2261 Market Street #4286
San Francisco, CA 94114


Nathan Kavanaugh
1720 E St E
Washington, DC 20003


Nelbud Services LLC
PO Box 809641
Chicago, IL 60680-8802


Nesenoff & Miltenberg, LLP
Attn: Ira S. Nesenoff Esq
363 Seventh Ave, 5th Floor
New York, NY 10001


New York City CCHR
Office of Equal Emp. Opportunity
22 Reade Street
New York, NY 10007


New York City DCWP
42 Broadway
New York, NY 10004


New York City DEP
59-17 Junction Boulevard
Elmhurst, NY 11373


New York City Dept of Finance
66 John Street
New York, NY 10038

New York City DOHMH
125 Worth Street
New York, NY 10013


New York City DOHMH
42-09 28th Street
Long Island City, NY 11101


New York Dept of Finance
66 John Street
New York, NY 10038


New York State DEC
625 Broadway
Albany, NY 12233-0001


New York State Dept of Health
Corning Tower
Empire State Plaza
Albany, NY 12237


New York State Dept of Labor
Office of Employment Standards
Harriman State Off. Campus, Bldg 12
Albany, NY 12240


New York State Dept of Labor
Office of Unemployment Insurance
Harriman State Off Campus, Bldg 12
Albany, NY 12240


Newcastle Retail Management LLC
150 North Michigan Avenue
Suite 13610
Chicago, IL 60661


Next Randolph & Wells Parking, LLC
c/o Next Property Management
400 Skokie Blvd, Suite 800
Northbrook, IL 60062


Nieves Tirado
634 N. Ridgeway
Chicago, IL 60624

NKE Etogo Flannie Ornela
7050 Eastern Ave NW
Apt 2018
Washington, DC 20012


Nkyia Posey
6127 S. Greenwood Avenue
Chicago, IL 60637


North Avenue Properties LLC
Attn: Kenneth Skolnik
1000 W. North Ave, Suite 3
Chicago, IL 60622


NY State Dept of Labor
Unemployment Insurance Division
290 Broadway
New York, NY 10007


NY State Dept of Taxation & Finance
WA Harriman State Office Campus
Albany, NY 12227


NY State Div. of Human Rights
Office of Equal Emp. Opportunity
One Fordham Plaza, 4th Floor
Bronx, NY 10458


NY State Workers' Comp. Board
328 State Street
Schenectady, NY 12305


NY State Workers' Comp. Board
New York City Office
215 W. 125th Street
New York, NY 10027


NYC Dept of Cnsmr & Wrkr Protection
Office of Employment Standards
42 Broadway
New York, NY 10004


Office of Building/Property Manager
c/o 300 W Adams Management LLC
Chicago, IL 60606

```
Office of Consumer Protection
Office of the Atty General for DC
441 4th Street NW, Suite 600-South
Washington, DC 20001


Office of Tax and Revenue
1101 4th Street SW
Suite 270 West
Washington, DC 20024


Office of the Atty General of IL
c/o Kwame Raoul
100 West Randolph Street
Chicago, IL 60601


Office of the Atty General of MD
c/o Anthony G. Brown
200 St. Paul Place
Baltimore, MD 21202


Office of the MN Attorney General
c/o Keith Ellison
445 Minnesota Street, Suite 1400
Saint Paul, MN 55101


Office of the TX Attorney General
300 W. 15th Street
Austin, TX 78701


Office of the US Atty for DC
Matthew M. Graves
601 D Street NW
Washington, DC 20530


Office of the US Trustee, Region 12
300 South 4th Street
Suite 1015
Minneapolis, MN 55415


Office of the US Trustee, Region 3
844 King Street
Suite 2207, Lockbox 35
Wilmington, DE 19801
```

Office of the US Trustee, Region 4
101 West Lombard Street
Suite 2625
Baltimore, MD 21201


Office of the US Trustee, Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314


Olga Marquez Pelt
9416 Latrobe Ave
Skokie, IL 60077


Omar Mohamed
419 Cedar Ave South
Apt 157
Minneapolis, MN 55454


Onica Figueroa
5902 West Wilson Avenue
Chicago, IL 60630


OptumHealth Financial Services Inc
PO Box 84019
Chicago, IL 60689-4019


OSHA
Chicago Regional Office
230 South Dearborn Street, Rm 3244
Chicago, IL 60604


Ousmane Faye
1 Grazing Ct
Montgomery Village, MD 20886


Ove Water Services Inc
2959 N 112th Street
Milwaukee, WI 53222


P and M Holding Group LP
16060 Collections Center Drive
Chicago, IL 60693

Page Osinski
31 Beachview Drive
Round Lake, IL 60073


Patricia Daphe Limuaco
15403 Hall R
Bowie, MD 20721


Paul Conway
7544 S May Street
Chicago, IL 60620


Paul Krause
6930 Major Ave N
Minneapolis, MN 55429


Pension Financial Services
3700 Crestwood Pkwy
Suite 550
Duluth, GA 30096-7157


Pepco
PO Box 13608
Philadelphia, PA 19101


Pierre Moore
2235 W 18th Street
Chicago, IL 60608


Pierson Ferdinand LLP
1270 Ave of the Americas
7th Floor 1050
New York, NY 10020


Pircher, Nichols & Meeks
900 N Michigan Avenue
Suite 1050
Chicago, IL 60611


PK Investment Associates LLC
c/o Bianco Properties
PO Box 411273
Saint Louis, MO 63141

Potomac Creek Associates
c/o JBG/Commercial Management LLC
4445 Willard Ave, Suite 400
Chevy Chase, MD 20815


Precious Woodfork
756 West Bode Cir
ATP 208
Hoffman Estates, IL 60169


Property Mgmnt - 1012 W Randolph
Newcastle Retail Management
150 N Michigan Ave, Suite 3610
Chicago, IL 60601


Provision Business Solutions LLC
PO Box 158
Sedalia, CO 80135


QTH Fund
Attn: Burak Alici
2170 Buckthorne Place, Ste 320
Spring, TX 77380


Quentin Rogers
970 Margret St
Saint Paul, MN 55107


Quincy Carter
1258 N. Parkside Avenue
Chicago, IL 60651


QVIDTVM Inc.
Attn: Burak Alici
2170 Buckthorne Place, Ste 320
Spring, TX 77380


Rakayla Moore
730 Upton Ave North
Minneapolis, MN 55411


Rarefied Atmosphere Inc
2043 S Lamar Blvd
4th Floor
Austin, TX 78704

Razhane Allen
1365 N. Hudson 362
Chicago, IL 60610


Regency Centers Corporation
One Independent Drive
Suite 114
Jacksonville, FL 32202


Regency Centers LP
1568 Solutions Ctr
Chicago, IL 60677-7007


Regional & Property Manager
c/o Tishman Speyer Properties L.P.
1875 Eye Street NW, Suite 300
Washington, DC 20006


Relay Delivery Inc
4 E 27th Street
#20388
New York, NY 10001


Rentokil North America Inc
PO Box 740608
Cincinnati, OH 45274-0608


Restaurant Analytics Delivered LLC
31487 Niakwa Rd
Evergreen, CO 80439


Retail Mgmnt - 1012 W. Randolph
Newcastle Retail Management
150 N Michigan Ave, Suite 3610
Chicago, IL 60601


Ricardo Rangel
1133 Central Ave
Highland Park, IL 60035


Richardo Rocha
6416 S. Keating Ave
Chicago, IL 60629

Robert Carskie
70 Woodcrest Lane
IL 60080

Robert Melendez
1058 N. Keystone
Chicago, IL 60651

Roberts Oxygen Co Inc
PO Box 5507
Derwood, MD 20855

Ruben Barbosa
6525 South Komensky
Chicago, IL 60629

Ruby Roman
1305 W. Erie
Chicago, IL 60642

Salesforce Inc
415 Mission St
3rd Floor
San Francisco, CA 94105

Salesforce.com Inc
PO Box 203141
Dallas, TX 75320-3141

Samantha Blumfelt
2217 Honore Avenue
North Chicago, IL 60064

Samir Yassine
26 V Street NW
Washington, DC 20001

Samuel Morin
800 Newton Avenue N
Minneapolis, MN 55441

Sandra Flowers
6117 S Honore St
Chicago, IL 60636

Sandra Sandoval
4404 Texas Ave SE
Apt 203
Washington, DC 20019


Schaumburg Meacham LLC
PO Box 851434
c/o Inwood National Bank
Richardson, TX 75085


Science Retail Inc
942 N Harvey Ave
Oak Park, IL 60302


Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549


Sergio Rodriguez
8031 S. Kostner Ave
Chicago, IL 60652


Serigne Mbaye
9861 Cromwell Drive
Eden Prairie, MN 55347


Service Specialist LLC
c/o Crestmark Bank
PO Box 5935, Drawer 2176
Troy, MI 48007


Shakira Griffith
12150 S. Vincennes Rd
Blue Island, IL 60406


Shaniece Cherry
2236 Shadyside Ave
Suitland, MD 20746


Sharine Payne
5751 15th St NE
Washington, DC 20011

Sharntae Brown
2414 Elvans Rd Se
Apt 202
Washington, DC 20020


Sherlyn Phillip
533 E 33rd Place
Chicago, IL 60616


Shoes for Crews LLC
PO Box 734176
Chicago, IL 60673


Shonnell Hampton
4724 S. Vincennes
Chicago, IL 60615


Shylais Fields
850 Rice St
Apt 213
Saint Paul, MN 55117


Sia Kargbo
11215 Oak Leaf Dr. Apt 1118
Silver Spring, MD 20901


Sierra Schroeder
W5200 Bluff Road
Eagle, WI 53119


Sinclair Cunningham
647 E. 62nd Street
Chicago, IL 60637


SLM Waste & Recycling Services Inc
PO Box 782678
Philadelphia, PA 19178-2678


Solink Corportion
PO Box 779039
Chicago, IL 60677-9039


Sonia Chub
2703 Kirkwood Pt
Hyattsville, MD 20782

Sophia Kavetschanky
758 Kenwood Ave
Libertyville, IL 60048


SSA Office of Program Litigation
Attn: Bankruptcy
6401 Security Boulevard
Baltimore, MD 21235


Stacy Tiggett
3519 Parkway Terrace Drive
Apt 7
Hillcrest Heights, MD 20746


Staples Advantage Corp
PO Box 660409
Dallas, TX 75266-0409


Stephanie Dittemore
1260 Chappel Ct Apt 303
Glendale Heights, IL 60139


Stonebridge Associates, Inc
Attn: Douglas M Firstenberg
4733 Bethesda Ave; Suite 800
Bethesda, MD 20814


SunTrust Bank
Attn: Abraham J. Greenstein
PO BOx 791100
Baltimore, MD 21279-1000


SYSCO
1390 Enclave Parkway
Houston, TX 77077


SYSCO Chicago Inc
250 Wieboldt Dr
Des Plaines, IL 60016


SYSCO Minnesota Inc
2400 Country Rd J
Saint Paul, MN 55112

SYSCO USA III LLC
8000 Dorsey Run Rd
Jessup, MD 20794


Taleese Smith
8128 S. Cornell Avenue
Chicago, IL 60617


Tanya Mehta
14 Crestland Road
Indian Creek, IL 60061


Tavon Adams
3356 Chillum Rd Mount Rainer
Mount Rainier, MD 20712


Tayloranne Phillips
7355 South Shore Dr.
Unit 409
Chicago, IL 60649


Tempris Griffo
1009 W. 103rd Street
Chicago, IL 60643


Texas Department of Insurance
333 Guadalupe Street
Austin, TX 78701


Texas Secretary of State
1019 Brazos Street
Austin, TX 78701


Texas Workforce Commission
101 E 15th Street
Austin, TX 78778


Texas Workforce Commission
Dallas Regional Office
800 W. State Highway 121 Business
Lewisville, TX 75067


Thanx Inc
PO Box 8481
Pasadena, CA 91109

The George Washington University
2141 1st NW
Apt 701
Washington, DC 20037-2367


Thompson Coburn LLP
Attn: Gary L. Plotnick
55 East Monroe Street, 37th Floor
Chicago, IL 60603


Thompson Coburn LLP
PO Box 18379M
Saint Louis, MO 63195


Tiarra Pickett
2218 Southern Avenue Southeast
Washington, DC 20020


Timm & Garfinkel, LLC
Attn: Glenn Garfinkel
770 Lake Cook Road, Suite 150
Deerfield, IL 60015


Timothy Lander
6210 Belcrest Rd
Apt 1455
Hyattsville, MD 20782


Toast
401 Park Drive
Suite 801
Boston, MA 02215


Tori Gresham
1009 W. 103rd St
Chicago, IL 60643


Torvac, A Division of Darling Intl
PO Box 554885
Detroit, MI 48255


Toshi Black
3072 30th St SE
Apt #7242
Washington, DC 20020

tower


Travelers CL Remittance Center
13607 Collections Ctr Dr
Chicago, IL 60693


Travonte Johson
4927 W West End Ave
Chicago, IL 60644


TrizecHahn 10 S Riverside Mgmnt LP
Attn: Property Manager
10 South Riverside Plaza; Ste 1250
Chicago, IL 60606


Troy Cowan
6888 Riverdale #641
Accokeek, MD 20607


Truity Partners LLC
PO Box 46610
Madison, WI 53744


Tryad Solutions Inc
2015 Dean St
Suite 6A
Saint Charles, IL 60174


TX Comptroller of Public Accounts
111 East 17th Street
Lyndon B. Johnson State Office Bldg
Austin, TX 78774


U.S. SBA, Illinois District Office
Attn: Sameena Nabijee
332 S. Michigan Ave, Suite 600
Chicago, IL 60604


Uber Technologies Inc
1515 3rd St
San Francisco, CA 94158

UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017


Union Station Investco LLC
Attn: Legal
433 Fifth Avenue, Suite 200
New York, NY 10016


United States EPA, Region 5
77 W Jackson Blvd
Bankruptcy Contact, Mail Code C14J
Chicago, IL 60604


University of Chicago
Office of Legal Counsel
5801 South Ellis Avenue, Suite 619
Chicago, IL 60637


US Atty for Central District of IL
Gregory Harris
318 South 6th Street
Springfield, IL 62701


US Atty for the District of DE
c/o David C. Weiss
1313 North Market Street, Suite 400
Wilmington, DE 19801


US Atty for the District of MD
c/o Erek L. Barron
36 S. Charles Street, 4th Floor
Baltimore, MD 21201


US Atty for the District of MN
c/o Andrew M. Luger
300 South 4th Street, Suite 600
Minneapolis, MN 55415


US Atty for the E District of TX
101 E. Park Blvd.
Suite 500
Plano, TX 75074

US Atty for the E. District of NY
c/o Breon Peace
271 Cadman Plaza East
Brooklyn, NY 11201


US Atty for the N District of IL
c/o Morris Pasqual
219 South Dearborn St, 5th Floor
Chicago, IL 60604


US Atty for the N District of NY
c/o Carla B. Freedman
445 Broadway, Room 218
Albany, NY 12207


US Atty for the N District of TX
801 Cherry Street
Unit #4, Suite 300
Fort Worth, TX 76102-6882


US Atty for the S District of IL
c/o Rachelle Aud Crowe
750 Missouri Ave
East Saint Louis, IL 62201


US Atty for the S District of NY
c/o Damian Williams
One St. Andrew's Plaza
New York, NY 10007


US Atty for the S District of TX
1000 Louisiana Street
Suite 2300
Houston, TX 77002


US Atty for the W District of TX
601 NW Loop 410
Suite 600
San Antonio, TX 78216


US Department of Justice
Office of the Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

```
USPS Hasler Infosync Account
1938 N Woodlawn, Ste 110
Wichita, KS 67208


Valeria Garcia
510 West St
Waukegan, IL 60085


Vanessa Mercado
2310 N. Tripp Ave
Apt 2
Chicago, IL 60639


Vanika Meekins
4844 W. Adams
Apt 1
Chicago, IL 60644


Visual Art USA
20 West Kinzie St
17th Floor
Chicago, IL 60654


Vodrick Adams
1854 S. Central Park Garden
Chicago, IL 60623


Walton Street Capital, LLC
Attn: Mr Kevin Mulhall
900 N Michigan Ave; Suite 1050
Chicago, IL 60611


Waukegan Safe and Lock Services Inc
1621 Grand Ave
Waukegan, IL 60085


Wiley Davis IV
120 45th St NE #523
Washington, DC 20019


William Hall
1638 W. Juneway
Chicago, IL 60626
```

William Johnson
800 Southern Ave
Washington, DC 20032


Xavier Ramos
2431 S. Albany Ave
Chicago, IL 60623


Yamuna Satsangi
1473 Thomas Ave
Saint Paul, MN 55104


Yolonda Jones
6512 S. Bell Ave
Chicago, IL 60636


York Road Retail West, LLC
c/o The John Buck Company
One North Wacker Drive, Suite 2400
Chicago, IL 60606


Yousf Sheikh
6611 Beckwith
Morton Grove, IL 60053


Zacharay Seamonds
2043 N. Bissell St
Apt 1
Chicago, IL 60614


Zachary Wheelhouse
1412 N. Ashland Ave
Apt 3
Chicago, IL 60622


Zion Smith
7211 S. East End
Chicago, IL 60649


Ziyou Zhou
2 East 8th Street
Unit 7772308
Chicago, IL 60605

Zoe Adams
413 Appleton Dr
Vernon Hills, IL 60061


Zoom Video Communications, Inc.
55 Almaden Blvd.
6th Floor
San Jose, CA 95113

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Roti Restaurants, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Roti Restaurants, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Roti Restaurants Inc.
600 W. Fulton Street
Lobby 101
Chicago, IL 60661-1231**

☐ None [*Check if applicable*]

**August 23, 2024** _____

Date

**/s/ Michael P. Richman** _____

**Michael P. Richman**

Signature of Attorney or Litigant

Counsel for   **Roti Restaurants, LLC**

**RICHMAN & RICHMAN LLC
122 W. Washington Avenue
Suite 850
Madison, WI 53703-2732
608-630-8990 Fax:608-630-8991**