**Balance Sheet**
Period: 3 of 2024 ending on 3/31/2024

**ROTI CONSOLIDATING COMPANY**

| Show GL Detail | Year to Date |
|---|---|
| | **Actuals** |
| ASSETS | |
| Current Assets | |
| Cash and Cash Equivalents | |
| Cash - PNC | 62,100 |
| Cash - Chase Bank | 10,994 |
| Cash - EagleBank Depository | 2,761 |
| Cash - EagleBank Disbursements | (34,184) |
| Cash - EagleBank Credit Cards | 2,046 |
| Cash - EagleBank Payroll | 127,132 |
| Cash - Wells Fargo Depository | 25,679 |
| Global Cash Card | 4,537 |
| Cash - M&T | 204,048 |
| Cash on Hand | 8,470 |
| | 413,584 |
| | |
| Trade Accounts Receivable | |
| Accounts Receivable | 53,748 |
| Bite Squad | (267) |
| MealPal | 2,573 |
| DoorDash | 18,070 |
| EZ Cater | 56,628 |
| Fooda | (2,893) |
| TOCK | (828) |
| Grubhub | 17,636 |
| Ritual | 110 |
| UberEATS | 27,441 |
| | 172,218 |
| | |
| Other Amounts Receivable | |
| Other Receivables | (54,483) |
| Credit Card Receivables | 126,055 |
| Landlord Receivables | 42,701 |
| FSA Receivable | (4,658) |
| | 109,615 |

| | |
|---|---:|
| **Prepaid Expenses** | |
| Prepaid Expenses | 58,459 |
| Prepaid License | 6,744 |
| Prepaid Rent | 386,944 |
| Prepaid CAM | 1,579 |
| Prepaid RET | 4,473 |
| Prepaid Utilities | 2,374 |
| Prepaid Insurance | 193,301 |
| Prepaid Group Heatlh | 27,176 |
| Prepaid Vision &Dental | (6,045) |
| | 675,006 |
| | |
| **Inventory** | |
| Food Inventory | 156,593 |
| Paper Inventory | 71,436 |
| | 228,028 |
| | |
| **Total Current Assets** | 1,598,452 |
| | |
| **Fixed Assets** | |
| **Construction In Progress** | |
| Construction in Progress: Architecture/Design | 8,000 |
| Construction in Progress: Construction/Demolition | 4,218 |
| CIP: Smallwares | 636 |
| CIP: Equipment | 1,004 |
| CIP: F & F | 8,494 |
| | 22,352 |
| | |
| **Leaseholds, Furniture, Fixtures & Equip.** | |
| Kitchen Equipment BOH | 45,134 |
| FOH F&F Capital Cost | 367 |
| LHI: Legal Fees | 120,327 |
| M&E: Kitchen & Restaurant Equipment | 6,482,935 |
| Smallwares | 339,345 |
| LHI: Leasehold Improvements | 9,557,110 |
| Computer Hardware: POS | 4,631,384 |
| F&F: Furniture/Decorations | 1,904,171 |
| LHI: Signage | 954,330 |
| LHI: Construction/Demolition | 8,821,318 |
| Auto: Vehicles | 83,638 |

| | | |
|---|---:|---:|
| | | 32,940,058 |
| **Accumulated Depreciation** | | |
| Accumulated Depreciation: Legal Fees | (91,438) | |
| Accumulated Depreciation: Kitchen & Rest Equipment | (6,222,148) | |
| Accum Depreciation: Smallwares | (331,260) | |
| Accumulated Depreciation - Leasehold Improvements | (8,965,151) | |
| Accumulated Depreciation - Computers/POS | (4,665,012) | |
| Accumulated Depreciation - Furniture & Fixtures | (1,804,541) | |
| Accumulated Depreciation: Signage | (936,752) | |
| Accumulated Depreciation: Construction/Demolition | (5,207,139) | |
| Accumulated Depreciation: Vehicles | (61,456) | |
| | | (28,284,897) |
| | | |
| **Fixed Asset Clearing** | | |
| Equipment | 14,976 | |
| | | 14,976 |
| | | |
| **Property and Equipment** | | 4,692,489 |
| | | |
| **Other Assets** | | |
| Right-Of-Use-Asset | | 11,578,098 |
| Security Deposits | | 149,897 |
| Notes Receivable | | 835,413 |
| TOTAL ASSETS | | 12,563,407 |
| | | |
| Total Assets | | 18,854,348 |
| | | |
| | | |
| **LIABILIITES & MEMBERS EQUITY** | | |
| Current Liabilities | | |
| Accounts Payable | | |
| Accounts Payable | 1,201,947 | |
| | **1,201,947** | |
| | | |
| Long Term Debt with due Within One Year | | |
| Current Liability | 3,282,758 | |
| | 3,282,758 | |
| | | |
| Accrued Payroll | | |
| Accrued Payroll - Salaries & Wages | 156,406 | |
| Accrued Bonuses | 121,729 | |

| | |
|---|---:|
| Tips Payable | 62,078 |
| Accrued Payroll Taxes | 47,858 |
| 401K Payable | 6,406 |
| Garnishment Payable | (473) |
| Garnishment Fee Payable | 215 |
| | 394,219 |
| | |
| Sales Tax Payable | |
| IL Sales Tax Payable | 41,703 |
| DC Sales Tax Payable | 11,858 |
| NY Sales Tax Payable | (4,287) |
| MD Sales Tax Payable | 1,213 |
| TX Sales Tax Payable | (6,204) |
| MN Sales Tax Payable | 20,384 |
| | 64,668 |
| | |
| Gift Cards | 234,022 |
| | |
| Board of Director Fees | 165,920 |
| | |
| Utilities | |
| Accrued Gas | 4,314 |
| Accrued Water | 1,922 |
| Accrued Electricity | 32,234 |
| Accrued Waste | 5,211 |
| | 43,680 |
| | |
| Accrued Other | |
| Accrued Expenses | 682,499 |
| Accrued Rent | 797,644 |
| Accrued Personal Property Tax | 47,709 |
| PNC Credit Card | (7) |
| | **1,527,845** |
| | |
| Total Current Liabilities | 6,915,059 |
| | |
| Long-term Debt - Net of Current Portion | |
| Notes Payable: GM Financial | 5,147 |
| Letters Of Credit | 225,020 |

| | |
|---|---:|
| Bridge Loan | 1,760,687 |
| | **1,990,833** |
| | |
| Deferred Rent | |
| Deferred Rent | (13,599) |
| Non Current Liability | 11,207,022 |
| | **11,193,423** |
| | |
| Members' Equity | |
| Series A.1 - Converted BOD Fees | 0 |
| Series C - Contribution | (0) |
| Series X | 22 |
| Preferred Equity | 3,100,000 |
| Equity Redemptions | (1,847,459) |
| Common Shares | 10 |
| Additional Paid in Capital | 79,820,195 |
| Prior Period Valuation Adjustment | (346,091) |
| Retained Earnings | (81,971,644) |
| | **(1,244,967)** |
| | |
| TOTAL LIABILITIES & EQUITY | 18,854,348 |
| | |
| | |
| Accumulated Depreciation | |
| Depreciation Expense | 0 |
| Depreciation Expense: Legal Fees | 2,534 |
| Depreciation: Equipment | 29,318 |
| Depreciation: Smallwares | 462 |
| Depreciation: Leasehold Improvements | 37,980 |
| Depreciation: Computer Hardware/POS | 45,786 |
| Depreciation: Furniture & Fixtures | 10,096 |
| Depreciation: Signage | 12,655 |
| Depreciation: Construction | 218,173 |
| Depreciation: Vehicles | 586 |
| TOTAL ACCUMULATED DEPRECIATION | 357,591 |