**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 (Subchapter V) |
| Roti Restaurants Inc. ) | |
| Roti Restaurants, LLC ) | |
| ROTI 300 West Adams, LLC ) | Case No. 24-12410 |
| ROTI 1311 F Street LLC ) | Hon. Donald R. Cassling |
| ROTI 1629 K Street, LLC ) | |
| ROTI 1747 Pennsylvania Ave LLC ) | |
| ROTI Constitution Square LLC ) | (Joint Administration Pending) |
| ROTI Square 54, LLC ) | |
| ROTI 33 North Dearborn LLC ) | |
| ) | |
| Debtors. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that, pursuant to section and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010 (the "Bankruptcy Rules"), the undersigned hereby enters an appearance in the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases") as counsel for Mastodon Ventures, Inc. and requests that copies of all notices, papers, and pleadings given or filed in the Chapter 11 Cases be given and served upon the person listed below at the following address:

Jory Berg
**MCDONALD HOPKINS LLC**
300 North LaSalle Street
Suite 1400
Chicago, Illinois 60654
Telephone: (312) 642-6943
E-Mail: jberg@mcdonaldhopkins.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the

34099264.1

Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, telegraph, telex, or otherwise that (i) affects or seeks to affect in any way the rights or interest of Mastodon Ventures, Inc. or any creditor or party in interest in the Chapter 11 Cases, with respect to the (a) the in the above-captioned cases (the "Debtors"), (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek or use; or (ii) requires or seeks to require any act, delivery of any property, payment or other conduct by any party in interest.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right, claim, action, defense, setoff, or recoupment under agreements, in law, in equity, or otherwise.

34099264.1

Dated: August 26, 2024

Respectfully submitted,

/s/Jory Berg
Jory Berg (6338717)
**MCDONALD HOPKINS LLC**
300 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Telephone: (312) 642-6943
E-mail:   jberg@mcdonaldhopkins.com

*Counsel for Mastodon Ventures, Inc.*

34099264.1