UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) Case Number: 24-12410
)  (Jointly Administered)
Roti Restaurants, LLC, et al. ) Chapter: 11
)
) Honorable Donald R. Cassling
)
Debtor(s) )

ORDER (1) AUTHORIZING THE DEBTORS TO SERVE A CONSOLIDATED CREDITOR MATRIX AND LIST OF THE 30 LARGEST UNSECURED CREDITORS; (2) AUTHORIZING THE DEBTORS TO REDACT EMPLOYEE HOME ADDRESS INFORMATION FROM CERTAIN BANKRUPTCY DOCUMENTS; (3) GRANTING THE DEBTORS LEAVE TO FILE AN AMENDED CREDITOR MATRIX WITH EMPLOYEE ADDRESSES REDACTED AND; (4) GRANTING OTHER RELATED RELIEF

This Matter having coming before the Court on the Emergency Motion for an Order (1) Authorizing the Debtors to Serve a Consolidated Creditor Matrix and List of the 30 Largest Unsecured Creditors; (2) Authorizing the Debtors to Redact Employee Home Address Information from Certain Bankruptcy Documents; (3) Granting the Debtors Leave to File an Amended Creditor Matrix with Employee Addresses Redacted and; (4) Granting Other Related Relief (the "Motion"), filed by Roti Restaurants, LLC, and its named affiliates, the debtors and debtors-in-possession in the above-referenced Chapter 11 cases (the "Debtors"), all as more fully set forth in the Motion and the Declaration of Justin Seamonds in Support of First Day Motions.

The Court, finding that it has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. § 1334; that this is a core proceeding under 18 U.S.C. § 157(2)(b); that notice of the Motion and the hearing on the Motion was sufficient under the circumstances; that the relief requested in the Motion is in the best interests of the Debtors, their bankruptcy estates, their creditors, and other parties in interest; and that after due deliberation of the record before this Court; good and sufficient cause exists to grant the relief set forth in this Interim Order; therefore,

IT IS HEREBY ORDERED that,

A. The Motion is granted;

B. The Debtors are authorized to serve a consolidated creditor matrix and list of the 30 largest unsecured creditors;

C. The Debtors are authorized to redact employee home address information from certain bankruptcy documents;

D. The Debtors are granted leave to file an amended creditor matrix with employee addresses redacted;

E. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion. This Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Enter:

*Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: August 28, 2024

**Prepared by:**

Michael P. Richman
Richman & Richman LLC
122 W. Washington avenue, Ste 850
Madison, WI 53703
Tel: (608)630-8990
Fax: (608-630-8991
mrichman@RandR.law